UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARINA NAUMOVA,<br><br>    Plaintiff,<br>v.<br><br>INFINITY CONSULTING SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 1:21-CV-6017 (JSR) |

### ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

This Court hereby ORDERS the following: Defendant's deadline to respond to the Complaint is extended to September 8, 2021.

SIGNED this __27th__ day of August 2021.

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE