UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARINA NAUMOVA,<br><br>      Plaintiff,<br><br>-against-<br><br>INFINITY CONSULTING SOLUTIONS, INC.,<br><br>      Defendants. | 21-cv-6017 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    On August 11, 2022, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 60 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated. No extensions will be granted.

    SO ORDERED.

Dated:   New York, NY

           August 12, 2022

                                           JED S. RAKOFF, U.S.D.J.